# UNITED STATES DISTRICT COURT
for the
District of Maryland

OCT 3 0 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Sprint Corporation<br>6480 Sprint Parkway, Overland Park, Kansas, 66251<br>For The Mobile Devices Listed on Attachment A | ) ) ) ) ) )    Case No. **15-2317SAG** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ____Kansas____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1951, 2113 | Hobbs Act Robbery and Bank Robbery |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Alicia C. Wojtkonski, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 26, 2015

_____
*Judge's signature*

City and state: Baltimore, MD       Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*